### Miller Unemployment Compensation Case.

Argued December 11, 1969. *Albert J. Miller,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sen-*

*nett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.